

1 Inoue.inf

2 LEONARDO M. RAPADAS
United States Attorney
3 KARON V. JOHNSON
Assistant U.S. Attorney
4 Sirena Plaza Suite 500
108 Hernan Cortez Avenue
5 Hagatna, Guam 96910
Telephone: (671) 472-7332
6 Telecopier: (671) 472-7334

**FILED**
DISTRICT COURT OF GUAM

SEP 0 9 2008

JEANNE G. QUINATA
Clerk of Court

7 Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>NAOYUKI INOUE,<br><br>    Defendant. | CRIMINAL CASE NO. 08-00045<br><br>**INFORMATION**<br><br>**POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE**<br>[21 U.S.C. § 841(a)(1)]<br>(Count I)<br>**FORFEITURE ALLEGATION**<br>[21 U.S.C. § 853]<br>(Count II) |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT I - POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE**

On or about October 25, 2007, in the District of Guam, the defendant herein, NAOYUKI INOUE, did unlawfully and knowingly possess with intent to distribute approximately 16 grams net weight of methamphetamine hydrochloride (ice), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT II - FORFEITURE ALLEGATION**

The allegations of Count I are hereby realleged and incorporated by reference herein for the purpose of alleging criminal forfeiture pursuant to Title 21, United States Code, Section 853.

From his engagement in the violation alleged in Count I of this Indictment, punishable by imprisonment for more than one year, the defendant herein, NAOYUKI INOUE, shall forfeit to

the United States, pursuant to Title 21, United States Code, Section 853, the property constituting and derived from proceeds which said defendant obtained as a result of the commission of said violation, to-wit: $50,920 in United States currency, all in violation of Title 21, United States Code, Sections 853(a)(1) and 881(a)(6).

Dated this____day of _____ 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney