# Criminal Case Cover Sheet           U.S. District Court

**Place of Offense:**
City: Hagåtña

Country/Parish: _____

**Related Case Information:**
Superseding Indictment _____ Docket Number **08-00045**
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No _X_  Matter to be sealed: ___ Yes _x_ No

Defendant Name: Naoyuki Inoue
Alias Name: _____
Address: _____
Mangilao, Guam

Birthdate: Xx/xx/1965  SS# xxx-xx-___  Sex: M  Race: A  Nationality: Japanese

**RECEIVED SEP 09 2008**
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**U.S. Attorney Information:**

AUSA: Karon V. Johnson

Interpreter: _X_ No ___ Yes  List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: 2  ___ Petty  ___ Misdemeanor  _X_ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 21 USC 841(a)(1) | Possession of Methamphetamine Hydrochloride With Intent to Distribute | 1 |
| Set 2 | 21 USC 853 | Forfeiture Allegation | 2 |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)
Date: 9/8/08  Signature of AUSA: Karon V. Johnson