# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## INITIAL APPEARANCE

CASE NO.: CR-08-00045          DATE: September 12, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Recorder: Walter Tenorio |
| Courtroom Deputy: Walter M. Tenorio | Electronically Recorded: 8:39:00 - 9:23:34 |

**APPEARANCES:**

Defendant: Naoyuki Inoue          Attorney: Louie Yanza

☑Present ☐Custody ☐Bond ☐P.R.          ☑Present ☑Retained ☐FPD ☐CJA

U.S. Attorney: Karon Johnson          U.S. Agent:

U.S. Probation: Carleen Borja

Interpreter:          Language:

**PROCEEDINGS: Initial Appearance, Waiver of Indictment and Plea**

- Defendant consented to a Rule 11 Plea in a Felony Case before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Waiver of Indictment executed.
- Defendant arraigned and advised of his rights, charges and penalties.
- Pen and ink changes made to plea agreement
- Plea entered: Guilty
- Report and Recommendation executed by the Court.
- Sentencing set for: December 11, 2008 at 10:30 a.m.
- Draft Presentence Report due to the parties: November 6, 2008
- Response to Presentence Report: November 20, 2008
- Final Presentence Report due to the Court: December 4, 2008
- Defendant released on a $100,000.00 Unsecured Bond.

NOTES: