

FILED
DISTRICT COURT OF GUAM

SEP 12 2008

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 08-00045 |
|---|---|
| Plaintiff, | ) |
| | ) **CONSENT TO RULE 11 PLEA IN** |
| vs. | ) **A FELONY CASE BEFORE UNITED** |
| | ) **STATES MAGISTRATE JUDGE** |
| NAOYUKI INOUE, | ) |
| Defendant. | ) |

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to the Magistrate Judge conducting the proceedings required by Rule 11, Federal Rules of Criminal Procedure, incident to the making of such plea. I understand that if the United States Magistrate Judge recommends that the plea of guilty be accepted, a presentence investigation and report will be ordered pursuant to Rule 32, Federal Rules of Criminal Procedure. I further understand that the assigned United States District Judge will then act on the Magistrate Judge's Report and Recommendation; and, if the plea of guilty is accepted, will adjudicate guilt and schedule a

///
///
///
///
///



ORIGINAL

1  sentencing hearing at which the District Judge will decide whether to accept or reject any
2  associated plea agreement, and will determine and impose sentence.
3  DATED this 12th day of September 2008.

_____
NAOYUKI INOUE
Defendant

_____
LOUIE J. YANZA
Attorney for Defendant

APPROVED:

_____
KARON V. JOHNSON
Assistant U.S. Attorney