1

2

3

4

5

6

7

8

9

10

IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00045 |
|---|---|---|
| Plaintiff. | ) | |
| | ) | **REPORT AND RECOMMENDATION** |
| vs. | ) | **CONCERNING PLEA OF GUILTY** |
| | ) | **IN A FELONY CASE** |
| NAOYUKI INOUE, | ) | |
| | ) | |
| Defendant. | ) | |

        The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R.

Crim. P., and has entered a plea of guilty to an Information charging him with Possession of

Methamphetamine Hydrochloride ("Ice") with Intent to Distribute, in violation of 21 U.S.C.

§ 841(a)(1).  Additionally, the defendant has consented to forfeit $50,920.00 in U.S. currency, as

alleged in Count II.  After examining the defendant under oath, I have determined that the

defendant is fully competent and capable of entering an informed plea, that the guilty plea was

intelligently, knowingly and voluntarily made, and that the offense charged is supported by an

///

///

///

///

///

1   independent basis in fact establishing each of the essential elements of such offense.  I therefore

2   recommend that the plea of guilty be accepted and that the defendant be adjudged guilty and

3   have sentence imposed accordingly.   I further recommend that the court order the defendant to

4   forfeit to the United States $50,920.00 in U.S. currency, because said assets were obtained by

5   him as a direct or indirect result of his drug trafficking.

6        IT IS SO RECOMMENDED.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Sep 12, 2008**

## NOTICE

**Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.  28 U.S.C. § 636(b)(1)(B).**